UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MOHAMED ALSHAMI, NADEEM MOHAMMAD, DERRICK TROTMAN, DAVID IRIZARRY, and JEFFREY PAWALL,

On behalf of themselves and all others similarly situated

        Plaintiffs,

     -against-

STATE OF NEW YORK,

        Defendant.

------------------------------------------------------------X

No. 24-CV-_____

**NOTICE OF REMOVAL**

      **PLEASE TAKE NOTICE** that Defendant the State of New York (the "State"), by its attorney, Letitia James, Attorney General of the State of New York, hereby removes the New York State Supreme Court Action currently pending in New York County denominated as *Mohamed Alshami v. State of New York*, Index No. 155711/2024 (Sup. Ct. New York Cty.) (the "State Court Action"), pursuant to 28 U.S.C. §§ 1441, 1446, and Rule 81(c) of the Federal Rules of Civil Procedure.

      1.     On July 12, 2024, the Office of the Attorney General of the State of New York (the "OAG") received a copy of the summons and complaint in the State Court Action (the "Summons" and "Complaint").[1]

      2.     In the Complaint, Plaintiffs—employees of the City University of New York—

---

[1] Pursuant to 28 U.S.C. § 1446(a), a copy of the Summons and Complaint is attached as Exhibit A.

1

allege that the State has discriminated against them on the basis of race. *See generally* Compl.

3. Plaintiffs assert causes of action pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.* ("Title VII"), as well as state law claims. Compl. ¶¶ 110-134.

4. Upon information and belief, no other process, pleadings or orders have been filed to date in the State Court Action. No responsive pleadings have been served in the State Court Action, and the time to do so has not expired. Because the OAG first received a copy of the Summons and Complaint on or after July 12, 2024, *i.e.* less than 30 days ago, this Notice of Removal is timely and proper under 28 U.S.C. § 1446(b)(1).

5. Because the Complaint alleges claims arising under Title VII, a federal statute, removal is proper under 28 U.S.C. §§ 1331, 1441 and 1446.

6. The State Court Action is pending in a state court geographically located within the Southern District of New York. Therefore, venue and removal to this Court is proper under 28 U.S.C. § 1446(a).

7. The State shall give written notice of the removal of this action to Plaintiffs promptly, and shall file such notice with the Clerk of the Supreme Court of the State of New York, County of New York, as required by 28 U.S.C. § 1446(d).

8. The State is the sole defendant in this action.

9. The State expressly reserve its right to answer or move to dismiss the Complaint, reserves all available defenses, and denies any liability.

10. Therefore, the State respectfully requests removal of the State Court Action to the Southern District of New York.

Dated: July 31, 2024
      New York, New York

                                            Respectfully submitted,

                                            LETITIA JAMES
Attorney General
State of New York
<u>Attorney for Defendant</u>

By: <u>/s/ *Eva L. Dietz*</u>
Eva L. Dietz
Assistant Attorney General
28 Liberty Street
New York, New York 10005
Tel.: (212) 416-6211

To (by email): Robert Valli, Jr.
                Sara Wyn Kane
                Matthew Berman
                VALLI KANE & VAGNINI LLP
                600 Old Country Road, Suite 519
                Garden City, New York 11530
                (516) 203-7180
                *Counsel for Plaintiffs*