**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
MOHAMED ALSHAMI et al.,

                Plaintiff,                     **ORDER**

    -against-                      **24-CV-5790 (VSB) (JW)**

STATE OF NEW YORK,

                Defendant.
------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Parties appeared before this Court for an initial case management conference and for argument on Defendant's motion to stay discovery on January 20, 2026. For the reasons stated more fully on the record, Defendant's motion to stay discovery pending the decision on the Motion to Dismiss is **GRANTED.**

If the Motion to Dismiss is not granted in full, the Parties are to file a joint proposed case management plan within **one week** of Judge Broderick's decision on the Motion to Dismiss with proposed new discovery deadlines.

SO ORDERED.

DATED:    New York, New York
            January 20, 2026

                                    _____
                                    JENNIFER E. WILLIS
                                  United States Magistrate Judge